

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Jovon Widman

                  **Plaintiff,**

    V.

Trans Union, LLC, et al

                  **Defendant.**

**FILED** 4/4/2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: S. Yeager, Deputy

**Civil No.** 22-cv-1129-JAH-DEB

### STRICKEN DOCUMENT:
Motion to Dismiss

**Per Order #   7**